UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED LEVY,

                    Plaintiff,

          -against-                                    19-CV-7106 (CM)

BARUCH COLLEGE; NYC DEPARTMENT                         CIVIL JUDGMENT
OF FINANCE,

                    Defendants.

          Pursuant to the order issued February 14, 2020, dismissing this action,

          IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without

prejudice for Plaintiff's failure to submit a completed second amended request to proceed *in*

*forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

          IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to Plaintiff

and note service on the docket.

SO ORDERED.

  Dated:    February 14, 2020
            New York, New York

                                          _____
                                                 COLLEEN McMAHON
                                          Chief United States District Judge