UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| FRED LEVY, | |
|---|---|
| Plaintiff, | |
| -against- | 19-CV-7106 (CM) |
| BARUCH COLLEGE; NYC DEPARTMENT OF FINANCE, | ORDER |
| Defendants. | |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff submits a letter in this closed case titled "Second Notice Feb. 17, 2020." (ECF No. 22.) But a review of the submission indicates that with the exception of the title, the letter is an exact duplicate of a previous submission that the Court received on January 22, 2020 (ECF No. 19), before the dismissal of this action. Because the Court's February 14, 2020 order of dismissal (ECF No. 20) dealt with Plaintiff's prior letter, no further action is required on this duplicate submission.

The Clerk of Court is directed to mail this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: March 13, 2020
New York, New York

COLLEEN McMAHON
Chief United States District Judge